

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

**TWELFTH COURT OF APPEALS**

CLERK
CATHY S. LUSK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/1/2015 3:50:59 PM
PAM ESTES
Clerk



August 24, 2015

Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
* DELIVERED VIA E-MAIL *

**RE:**    Case Number:         12-14-00328-CR
       Trial Court Case Number:   241-1310-14

**Style:**   Dennis Lynch
         v.
         The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
      Katrina McClenny, Chief Deputy Clerk

C Mr. Michael J. West (DELIVERED VIA E-MAIL)
C Mr. Austin R. Jackson (DELIVERED VIA E-MAIL)
:

Mandate executed on _24_ day of _August_, 2015.

Brief explanation of action taken: _Scanned_

_____        _District/County Clerk_

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
www.12thcoa.courts.state.tx.us